**In the District Court of the United States**
**For the District of Columbia**

| | | |
|---|---|---|
| **Michael Beals Ellis,** | § | |
| **Plaintiff** | § | |
| **V.** | § | **District Cause 16-729 (JEB)** |
| | § | |
| **Mark J. Langer, et al,** | § | |
| **Defendants** | § | |

---

# NOTICE of APPEAL

---

Pursuant to FRAP 4, Plaintiff hereby provides timely Notice of Appeal from the judgment dismissing this cause, issued on May 23, 2016.

Respectfully Submitted,

/s/Michael B. Ellis
5052 N.E.C.R. 0220
Rice, Texas 75155

## Certificate of Service

This is to certify that a copy of the foregoing "Notice of Appeal" was served via United States Mail on July 21, 2016 to

Defendant Mark J. Langer
United States Court of Appeals for the D. of C.
333 Constitution Ave. N.W.
Washington, D.C. 20001

U.S. Attorney for the Dist. Of Columbia
Civil Process Clerk
555 Fourth Street, N.W.
Washington, D.C. 20530

United States Attorney General
Department of Justice
950 Pennsylvania Ave. NW, Room 4603
Washington, D.C. 20530

Commissioner, IRS
Attn: Office of Procedure and Administration
1111 Constitution Ave. NW, Room 5503
Washington, D.C. 20224

/s/Michael B. Ellis
5052 N.E.C.R. 0220
Rice, Texas 75155

RECEIVED
Mail Room
JUL 22 2016
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

ph
pd
$505
7/25/16